ETHEL FREY, as Administratrix of the Estate of FRANCIS E. FREY, JR., Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— Action to recover damages for alleged negligence on the part of defendant, resulting in the death of plaintiff's intestate. Judgment in favor of plaintiff, entered on the verdict of a jury, and order denying defendant's motion to dismiss the complaint, to set aside the verdict, and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Adel, Nolan, Sneed and Wenzel, JJ.

IRENE F. HOPPER, Respondent, v. COMFORT COAL-LUMBER COMPANY, INC., Appellant. HERMAN T. HOPPER, Respondent, v. COMFORT COAL-LUMBER COMPANY, INC., Appellant.— Consolidated actions — by plaintiff wife to recover damages for personal injuries suffered when she slipped and fell on a public sidewalk, and by her husband for expenses and loss of services. The alleged cause of the fall was an icy condition created by the discharge upon the sidewalk of water from a defective leader pipe on the adjacent property of defendant. Order setting aside the verdict of a jury in favor of defendant and directing a new trial on the ground that the verdict is against the weight of the credible evidence, and because of errors in the charge of the court, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the CITY OF NEW YORK, Respondent, Relative to Acquiring Real Property for the Maintenance and Operation of a Garage and Repair Shop on JERSEY AND OTHER STREETS, in the Borough of Richmond. FRANCES M. SMITH et al., Appellants.— Final decree unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.

In the Matter of the Construction of the Will of JOSEPH H. COOPER, Deceased. (2 Proceedings.) CHARLES S. NARINS, as Executor of GERTRUDE G. COOPER, Deceased, Appellant; AUSTIN C. KEOUGH, as Executor of JOSEPH H. COOPER, Deceased, et al., Respondents.— Decree of the Dutchess County Surrogate's Court, insofar as appealed from, unanimously affirmed, with costs to all parties who have appeared and filed briefs, payable out of the estate of JOSEPH H. COOPER, deceased. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.